| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Littlefield, Jr., Robert E. | 2. Court or Organization Albany, New York | 3. Date of Report 05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

James T. Foley U. S. Courthous
445 Broadway
Albany, NY 12207

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (uncompensated family trust) | GBL Irrevocable Trust. (Trust #1) Please see Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CRBBA | 11/09/18-11/10/18 | Cooperstown, NY | speaker | hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | |
|---|---|
| **Name of Person Reporting** | **Date of Report** |
| Littlefield, Jr., Robert E. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Notre Dame Federal Credit Union | college tuition loan - ▨ responsibility | K |
| 2. | First Service | college tuition loan - ▨ responsibility | None |
| 3. | First Service Please see Part VIII | law school tuition - ▨ responsibility | L |
| 4. | Nelnet | tuition- ▨ responsibility | L |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Private Bank NA. | A | Dividend | J | T | | | | | |
| 2. Exxon Mobil Oil Common Stock (XOM) | A | Dividend | J | T | | | | | |
| 3. IBM Common Stock (IBM) | A | Dividend | J | T | | | | | |
| 4. GE Common Stock (GE) | A | Dividend | J | T | | | | | |
| 5. Invest Co. AM Mutual fund | A | Dividend | K | T | | | | | |
| 6. Cisco Systems Common Stock (CSCO) | A | Dividend | J | T | | | | | |
| 7. Intel. Corp. Common Stock (INTC) | A | Dividend | J | T | | | | | |
| 8. Microsoft Corp. Common Stock (MSFT) | A | Dividend | J | T | | | | | |
| 9. Amgen, Inc. Common Stock (AMGN) | A | Dividend | J | T | | | | | |
| 10. Pfizer Common Stock (PFE) | A | Dividend | J | T | | | | | |
| 11. Ishares Index Fund (IWR) | A | Dividend | J | T | | | | | |
| 12. IsharesMidcap Index Fund (EFA) | A | Dividend | J | T | | | | | |
| 13. Chevron Corp Common Stock (CVX) | A | Dividend | J | T | | | | | |
| 14. Coca-Cola Common Stock (KO) | A | Dividend | J | T | | | | | |
| 15. Merck Common Stock (MRK) | A | Dividend | J | T | | | | | |
| 16. Johnson & Johnson Common Stock (JNJ) | A | Dividend | J | T | | | | | |
| 17. Apple Computer Inc. Common Stock (AAPL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Altria Group, Inc. Common Stock (MO) | A | Dividend | J | T | | | | | |
| 19. Bristol Myers Squibb Common Stock (BMY) | A | Dividend | J | T | | | | | |
| 20. DowDupont Common Stock (DWDP) | A | Dividend | J | T | | | | | |
| 21. Verizon Common Stock (VZ) | A | Dividend | J | T | | | | | |
| 22. Assured Guaranty Muni Hldgs 6.875% (AGO.B) | A | Dividend | J | T | | | | | |
| 23. Berkshire Hathaway CL-B (BRK'B) | | None | J | T | | | | | |
| 24. Nextera Energy, Inc. (NEE) | A | Dividend | J | T | | | | | |
| 25. Trust #1 Real Property Albany County NY SEE PART VIII | | None | N | Q | | | | | |
| 26. Ishares JP Morgan EM Bond Fd (EMB) | A | Dividend | J | T | | | | | |
| 27. Tortoise Mlp Fund Inc (NTG) | A | Dividend | J | T | | | | | |
| 28. Vanguard Reit Etf (VNQ) | A | Dividend | J | T | | | | | |
| 29. Teton Westwood Mighty Mites I (WEIMX) | A | Dividend | J | T | | | | | |
| 30. Locorr Market Trend 1 (LOTIX) | A | Dividend | J | T | Buy (add'l) | 07/02/18 | J | | |
| 31. Assured Guaranty Muni Hldgs 6.250% (AGO.E) | A | Dividend | J | T | | | | | |
| 32. General Motors Common Stock (GM) | A | Dividend | J | T | Buy (add'l) | 11/09/18 | J | | |
| 33. Royal Dutch Shell Common Stock (RDS'A) | A | Dividend | J | T | | | | | |
| 34. Tortoise Energy Infra (TYG) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allianzgi Structured Return A (AZIAX) | A | Dividend | J | T | | | | | |
| 36. Principal GLB Multi Strategy A (PSMIX) | A | Dividend | J | T | | | | | |
| 37. American Beacon AHL MNDG FUT STR Y (AHLYX) | A | Dividend | J | T | Buy (add'l) | 06/28/18 | J | | |
| 38. Dreyfus Standish GLB FIX INC 1 (SDGIX) | A | Dividend | J | T | | | | | |
| 39. Invesco Balanced-Risk Alloc Y (ABRYX) | A | Dividend | J | T | | | | | |
| 40. AQR Long-Short Equity (QLEIX) | A | Dividend | J | T | | | | | |
| 41. Ishares Global Financials ETF (IXG) | A | Dividend | J | T | | | | | |
| 42. SPDR Gold TR Gold SHS (GLD) | A | Dividend | J | T | Buy (add'l) | 11/09/18 | J | | |
| 43. Oracle Corp Common Stock (ORCL) | A | Dividend | J | T | Buy | 03/22/18 | J | | |
| 44. Abbey Cptl Futures Strategy 1 (ABYIX) | A | Dividend | J | T | Buy | 06/28/18 | J | | |
| 45. Ford Motor Co New (F) | A | Dividend | | | Buy | 03/22/18 | J | | |
| 46. | | | | | Sold | 11/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I Line 1 and Part VII Line 25- Trust #1 created 6/25/10. Online appraisal dated 5/10/11. Value has been in "N" range since trust inception.

2) Part VI Line 3- Servicer for Citizens Bank loan.

3) Part VI Key Bank credit card no longer meets the requirement for reporting.

| Name of Person Reporting | Date of Report |
|---|---|
| Littlefield, Jr., Robert E. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Littlefield, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544